**VICTORIA L. FRANCIS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 1478**
**Billings, MT 59103**
**2929 Third  Ave. North, Suite 400**
**Billings, MT 59101**
**Phone: (406) 247-4633**
**Fax: (406) 657-6989**
**E-mail: victoria.francis@usdoj.gov**

**TIMOTHY J. CAVAN**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 1478**
**Billings, MT 59103**
**2929 Third  Ave. North, Suite 400**
**Billings, MT 59101**
**Phone: (406) 247- 4674**
**Fax: (406) 657- 6989**
**E-mail: Tim.Cavan@usdoj.gov**

**ATTORNEYS FOR DEFENDANTS**
**United States of America**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| **CHRISTOPHER KORTLANDER, HISTORICAL RARITIES, INC. and THE CUSTER BATTLEFIELD MUSEUM, INC.,**<br><br>       Plaintiffs,<br><br>   vs.<br><br>**BRIAN CORNELL, Bureau of Land Management Special Agent in His Individual Capacity, BART FITZGERALD, Bureau of Land Management Special Agent, in His Individual Capacity, DOUG GOESSMAN, U.S. Fish and Wildlife Service Special Agent, in His Individual Capacity, and 21 or More Unknown Federal Agents,**<br>              Defendants. | CV 10-155-BLG-RFC-CSO<br><br><br>**FEDERAL DEFENDANTS' MOTION TO DISMISS** |

Defendants, Brian Cornell, Bart Fitzgerald, and Doug Goessman, hereafter Federal Defendants, move to dismiss the above-captioned proceeding under Rule 12(c), Fed .R. Civ. P. on the basis of statute of limitations and qualified immunity.  A claim may be dismissed because it is barred by the statute of limitations when the running of the statute is "apparent on the face of the complaint." *Huynh v. Chase*

*Manhattan Bank*, 465 F.3d 992, 997 (9th Cir. 2006).  Rule 12(c) serves as a "procedural device to determine the sufficiency of the case before proceeding any further and investing additional resources in it."  Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* vol. 5C § 1367, p. 217 (3d ed., West 2010).  Qualified immunity is "immunity from suit rather than a mere defense to liability; and like an absolute immunity, it is effectively lost if a case is erroneously permitted to go to trial."  *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985).  "Unless the plaintiff's allegations state a claim of violation of clearly established law, a defendant pleading qualified immunity is entitled to dismissal before the commencement of discovery."  *Id.* at 526.  Based on the allegations in the complaint, this case should be dismissed on statute of limitations and qualified immunity.

      Counsel for Plaintiffs, Harold Stanton, has been contacted regarding this motion; as of the time of filing counsel for Defendants had not heard back from Mr. Stanton.  However, it is anticipated that Plaintiffs will object to this motion to dismiss.

**DATED** this 21st day of March, 2011.

                                  **MICHAEL W. COTTER**
                                  **United States Attorney**


                                  <u>**/s/ Victoria L. Francis**</u>
                                  **Assistant U.S. Attorney**
                                  **Attorney for Defendants**

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2011, a copy of the foregoing document was served on the following persons by the following means:

   __1__  CM/ECF
   ____  Hand Delivery
   __2__  U.S. Mail
   ____  Overnight Delivery Service
   ____  Fax
   ____  E-Mail

1. Clerk, U.S. District Court

2. Opposing counsel:

Harold G. Stanton
Battlefield Museum
10- 5th Street East
Hardin, MT 59034
*Attorney for Plaintiff*
406/665-1510  - phone
406/665- 1510 - fax

                                  **/s/ Victoria L. Francis**
                                  **Assistant U.S. Attorney**
                                  **Attorney for Defendant**s